**Title:** The Ledge
**Rights Owner:** The Ledge Distribution, LLC

| John Doe | IP Address | SHA-1 Hash: 2E9BC7D4E85632661972C53D6A50F389020202C4<br>Hit Date and UTC Time | ISP | City |
|---|---|---|---|---|
| 1 | 174.16.166.188 | 02/26/2013 07:45:31 PM | Century Link | Denver |
| 2 | 64.234.248.47 | 02/26/2013 04:40:49 AM | JAB Wireless | Loveland |
| 3 | 107.2.193.145 | 02/19/2013 01:36:12 AM | Comcast Cable | Aurora |
| 4 | 174.16.174.189 | 02/11/2013 08:38:27 AM | Century Link | Denver |
| 5 | 70.57.21.57 | 02/10/2013 09:43:17 PM | Century Link | Brighton |
| 6 | 71.211.199.39 | 02/10/2013 02:35:43 PM | Century Link | Littleton |
| 7 | 184.166.0.104 | 02/07/2013 08:49:24 PM | Bresnan Communications | Grand Junction |
| 8 | 70.59.208.176 | 02/06/2013 04:00:12 AM | Century Link | Pueblo |
| 9 | 72.174.164.85 | 01/24/2013 05:02:25 AM | Bresnan Communications | Salida |
| 10 | 72.175.14.136 | 01/23/2013 07:55:46 PM | Bresnan Communications | La Junta |
| 11 | 204.45.127.26 | 01/23/2013 03:00:28 AM | FDCservers.net | Denver |
| 12 | 174.16.216.130 | 01/20/2013 01:38:58 PM | Century Link | Denver |
| 13 | 65.128.8.109 | 01/20/2013 09:41:11 AM | Century Link | Denver |
| 14 | 75.166.153.105 | 01/16/2013 01:39:31 AM | Century Link | Denver |
| 15 | 97.112.168.250 | 01/06/2013 01:28:04 AM | Century Link | Colorado Springs |
| 16 | 97.122.153.190 | 01/02/2013 12:01:50 AM | Century Link | Denver |
| 17 | 174.16.241.115 | 12/31/2012 08:12:16 | Century Link | Denver |

Exhibit A

|    |                 |                        |                                 |                  |
|----|-----------------|------------------------|---------------------------------|------------------|
|    |                 | PM                     |                                 |                  |
| 18 | 174.29.73.101   | 12/31/2012 11:02:11 AM | Century Link                    | Denver           |
| 19 | 67.41.150.207   | 12/31/2012 12:39:39 AM | Century Link                    | Littleton        |
| 20 | 67.190.26.145   | 12/29/2012 05:42:07 AM | Comcast Cable                   | Fort Collins     |
| 21 | 24.9.143.180    | 12/28/2012 01:21:40 PM | Comcast Cable                   | Denver           |
| 22 | 204.45.126.138  | 12/26/2012 06:27:01 PM | FDCservers.net                  | Denver           |
| 23 | 71.208.235.162  | 12/26/2012 04:59:30 PM | Century Link                    | Denver           |
| 24 | 174.24.15.159   | 12/25/2012 08:19:52 PM | Century Link                    | Colorado Springs |
| 25 | 76.120.89.12    | 12/25/2012 07:30:46 AM | Comcast Cable                   | Denver           |
| 26 | 24.9.9.163      | 12/23/2012 10:56:34 PM | Comcast Cable                   | Brighton         |
| 27 | 70.89.175.5     | 12/18/2012 08:35:37 PM | Comcast Business Communications | Pueblo           |
| 28 | 67.190.47.32    | 12/18/2012 03:39:38 PM | Comcast Cable                   | Denver           |
| 29 | 204.131.177.104 | 12/11/2012 05:18:29 PM | Century Link                    | Broomfield       |
| 30 | 72.175.24.202   | 12/09/2012 04:26:04 AM | Bresnan Communications          | Canon City       |
| 31 | 98.127.200.156  | 12/08/2012 12:08:19 PM | Bresnan Communications          | Grand Junction   |
| 32 | 107.2.230.174   | 12/07/2012 06:59:50 AM | Comcast Cable                   | Colorado Springs |
| 33 | 174.16.177.174  | 12/04/2012 10:40:04 PM | Century Link                    | Denver           |
| 34 | 71.214.60.52    | 12/04/2012 06:56:35 PM | Century Link                    | Colorado Springs |
| 35 | 71.229.180.93   | 12/04/2012 09:04:27 AM | Comcast Cable                   | Englewood        |
| 36 | 71.237.84.64    | 12/02/2012 07:59:04 AM | Comcast Cable                   | Denver           |
| 37 | 24.8.17.7       | 12/02/2012 04:53:19 AM | Comcast Cable                   | Littleton        |
| 38 | 107.2.140.136   | 12/01/2012 05:24:55    | Comcast Cable                   | Fort Collins     |

Exhibit A

| John Doe | IP Address | Hit Date and UTC Time | ISP | City |
|---|---|---|---|---|
| | | AM | | |
| 39 | 75.163.217.122 | 12/01/2012 12:26:39 AM | Century Link | Colorado Springs |
| | | SHA1 Hash: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | | |
| John Doe | IP Address | Hit Date and UTC Time | ISP | City |
| 40 | 76.120.72.130 | 02/25/2013 10:36:52 AM | Comcast Cable | Boulder |
| 41 | 98.245.11.198 | 02/22/2013 09:22:17 PM | Comcast Cable | Westminster |
| 42 | 50.152.32.244 | 02/17/2013 04:37:52 AM | Comcast Cable | Denver |
| 43 | 67.177.229.134 | 02/15/2013 11:25:40 AM | Comcast Cable | Littleton |
| 44 | 75.70.0.38 | 02/11/2013 02:42:36 AM | Comcast Cable | Colorado Springs |
| 45 | 204.45.127.82 | 02/10/2013 12:28:14 AM | FDCservers.net | Denver |
| 46 | 174.51.136.230 | 02/06/2013 09:06:10 AM | Comcast Cable | Aurora |
| 47 | 71.212.137.234 | 02/03/2013 08:16:36 PM | Century Link | Denver |
| 48 | 75.70.72.90 | 01/23/2013 07:49:55 PM | Comcast Cable | Colorado Springs |
| 49 | 67.165.217.44 | 01/21/2013 12:26:32 AM | Comcast Cable | Longmont |
| 50 | 76.25.164.184 | 01/18/2013 02:41:07 AM | Comcast Cable | Colorado Springs |
| 51 | 76.120.8.130 | 01/17/2013 06:04:40 PM | Comcast Cable | Rifle |
| 52 | 67.176.87.109 | 01/17/2013 04:55:34 PM | Comcast Cable | Loveland |
| 53 | 71.211.241.167 | 01/11/2013 03:45:11 AM | Century Link | Denver |
| 54 | 69.144.156.158 | 01/11/2013 12:28:13 AM | Bresnan Communications | Salida |
| 55 | 75.70.214.121 | 01/08/2013 12:21:38 AM | Comcast Cable | Colorado Springs |
| 56 | 71.208.118.128 | 01/07/2013 10:14:31 PM | Century Link | Parker |

Exhibit A

|    |                 |                          |                |              |
|----|-----------------|--------------------------|----------------|--------------|
| 57 | 71.211.144.205  | 01/06/2013 08:52:11 PM   | Century Link   | Denver       |
| 58 | 24.8.181.120    | 01/01/2013 03:55:30 AM   | Comcast Cable  | Fort Collins |
| 59 | 75.166.143.137  | 12/28/2012 03:26:15 AM   | Century Link   | Denver       |
| 60 | 98.245.66.35    | 12/27/2012 12:55:27 AM   | Comcast Cable  | Golden       |
| 61 | 67.173.251.107  | 12/18/2012 01:08:57 AM   | Comcast Cable  | Longmont     |
| 62 | 75.171.249.220  | 12/12/2012 12:19:15 PM   | Century Link   | Denver       |
| 63 | 76.120.70.45    | 12/10/2012 12:31:03 AM   | Comcast Cable  | Boulder      |
| 64 | 24.8.102.210    | 12/07/2012 07:39:54 AM   | Comcast Cable  | Boulder      |
| 65 | 71.33.144.213   | 12/07/2012 03:44:40 AM   | Century Link   | Denver       |
| 66 | 184.96.231.140  | 12/05/2012 09:49:32 PM   | Century Link   | Broomfield   |
| 67 | 71.218.201.204  | 12/04/2012 09:40:19 AM   | Century Link   | Denver       |
| 68 | 98.245.145.94   | 12/02/2012 08:06:28 PM   | Comcast Cable  | Aurora       |
| 69 | 24.8.102.210    | 12/07/2012 07:39:54 AM   | Comcast Cable  | Boulder      |

Exhibit A