IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00688-WYD-MEH

THE LEDGE DISTRIBUTION, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-6,

    Defendants.

___

## ORDER OF TRANSFER
___

THIS MATTER comes before the Court *sua sponte*. In order to ensure the just, speedy, and inexpensive determination of this civil action, it appears that this matter is subject to reassignment pursuant to D.C.COLO.LCivR 40.1.A.

**IT IS THEREFORE ORDERED** that this case is hereby transferred to the Honorable Wiley Y. Daniel, Senior Judge, and the Honorable Michael E. Hegarty, Magistrate Judge. The Clerk shall effect such transfer.

DATED this 10th day of May, 2013.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Court